FILED
CLERK, U.S. DISTRICT COURT

JUL 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERON A. JORDEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEBORAH PATRICK,<br><br>　　　　　Respondent. | CASE NO. CV 07-8030 JSL (SS)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

///

///

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 7/16/08

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE