JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERON A. JORDEN, | CASE NO. CV 07-8030 JSL (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEBORAH PATRICK, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/16/08

_Spencer Letts_
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE